SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Walter Allen Winfrey<br><br>          Defendants | Case No. **2:09-cv-02670-GEB-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 23, 2009 FOR DEFENDANT WALTER ALLEN WINFREY TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Winfrey Allen Winfrey, by and through their respective attorneys of record, Scott N. Johnson; Charles H. Ervin, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendant Walter Allen Winfrey is granted an extension until December 23, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Walter Allen Winfrey's response will be due no later than December 23, 2009.

IT IS SO STIPULATED effective as of December 7, 2009

Dated:   December 8, 2009              /s/Charles H. Ervin_____

                                       Charles H. Ervin,

                                       Attorney for Defendant

                                       Walter Allen Winfrey


Dated:   December 7, 20089             /s/Scott N. Johnson _____

                                       Scott N. Johnson,

                                       Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

1     **IT IS SO ORDERED:** that Defendant Walter Allen Winfrey
2 shall have until December 23, 2009 to respond to complaint.

4    12/11/09

                             GARLAND E. BURRELL, JR.
                             United States District Judge